No. 704. Story Parchment Co. v. Paterson Parchment Paper Co. et al. April 14, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Edward O. Proctor* for petitioner. *Mr. Edward F. McClennen* for respondents.

No. 623. Russian Volunteer Fleet v. United States. April 21, 1930. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Charles Recht* and *Horace S. Whitman* for petitioner. *Attorney General Mitchell, Assistant Attorney General Rugg, Messrs. Claude R. Branch, and Henry A. Cox* for the United States.

No. 625. Fawcus Machine Co. v. United States. April 21, 1930. Petition for writ of certiorari to the Court of Claims granted. *Mr. J. S. Y. Ivins* for petitioner. *Attorney General Mitchell, Assistant Attorney General Rugg, Messrs. Claude R. Branch,* and *Joseph H. Sheppard* for respondent.

No. 675. Saranac Automatic Machine Corp. v. Wirebounds Patents Co. et al. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. A. C. Paul* and *Howard M. Cox* for petitioner. *Mr. Edward G. Curtis* for respondents.

No. 695. Carbice Corporation of America v. American Patents Development Corp. et al. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Samuel E. Darby, Jr.,* for petitioner. *Messrs. Charles Neave, George*

712

*C. Dean,* and *Clarence D. Kerr* for respondents.

No. 715. OXFORD-PAPER Co. *v.* THE NIDARHOLM. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. John W. Lawrence* for petitioner. No appearance for respondent.

No. 719. NAUTS, COLLECTOR OF INTERNAL REVENUE, *v.* SLAYTON. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Sewall Key, Andrew D. Sharpe, Clarence M. Charest,* and *T. H. Lewis, Jr.,* for petitioner. *Messrs. E. J. Marshall* and *Thomas O. Marlar* for respondent.

No. 741. LUCAS, COMMISSIONER OF INTERNAL REVENUE, *v.* NIAGARA FALLS BREWING Co. ET AL. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Sewall Key, Norman D. Keller,* and *Clarence M. Charest* for petitioner. *Mr. Basil Robillard* for respondents.

No. 768. INTERSTATE COMMERCE COMMISSION *v.* NORTHERN PACIFIC R. Co. ET AL. May 5, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Daniel W. Knowlton* and *Nelson Thomas* for petitioner. *Messrs. R. J. Hag-*